**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-6250**

_____

WILLIE DARNELL DERAMUS,

        Plaintiff - Appellant,

    v.

NEW HANOVER COUNTY SHERIFF'S OFFICE; WELLPATH,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:25-ct-03220-M)

_____

Submitted:  June 25, 2026                        Decided:  June 30, 2026

_____

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie Darnell Deramus, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Darnell Deramus appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b)(1) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Deramus v. New Hanover Cnty. Sheriff's Off.*, No. 5:25-ct-03220-M (E.D.N.C. filed Feb. 3, 2026 & entered Feb. 4, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*